UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>PATRICK O. HOWARD; )<br>HOWARD CAPITAL HOLDINGS, LLC; )<br>AND OPTIMAL ECONOMICS CAPITAL )<br>PARTNERS, LLC, )<br>)<br>DEFENDANTS. ) | Civil Action No.: 3:17-CV-00420-E |

**FINAL JUDGMENT AS TO DEFENDANT**
**HOWARD CAPITAL HOLDINGS, LLC**

The Securities and Exchange Commission having filed a Complaint and Defendant Howard Capital Holdings, LLC having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to a final judgment as to permanent injunctive relief entered on March 7, 2017 (Dkt. 37), which is incorporated herein by reference; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable, jointly and severally with Optimal Economics Capital Partners, LLC, for disgorgement of $2,236,870, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $603,323.51, for a total of

$2,840,193.51, which the Court finds is for the benefit of investors. Defendant's obligation to pay $2,840,193.51 shall be deemed satisfied by the collection efforts and distributions to investors by the Court-appointed Receiver (Dkt. 10, 39, 104).

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: February 9, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE